UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                   )
HELEN GEMMELL; and MEA MARTINEZ,   )
individually and on behalf         )
of all others similarly situated,  )
                                   )
            Plaintiffs,            )
                                   )
      v.                           )   C.A. No. 16-650 WES
                                   )
ERIC BEANE, in his official        )
Capacity as Acting Director of     )
the Rhode Island Department of     )
Human Services,                    )
                                   )
            Defendant.             )
_____)
```

**ORDER**

In light of the fact that the Governor has made public comments regarding this Court's anticipated appointment of a Special Master in this matter,[1] which the Court has been discussing confidentially with the parties for a number of weeks, the Court orders as follows:  the scheduled November 2, 2017 in-chambers conference will be converted into a public hearing.  At this hearing, the Court will hear from the parties regarding (1) the appointment of a Special Master, and (2) steps to immediately address the impact of Defendant's failure to meet its obligations

---

[1] See, e.g., Katherine Gregg, Raimondo Says She May Support Special Master To Oversee UHIP, Providence J., Oct. 26, 2017, http://www.providencejournal.com/news/20171026/raimondo-says-she-may-support-special-master-to-oversee-uhip.

1

under the February 28, 2017 Order of this Court (ECF No. 18); further, the following documents previously submitted to the Court and opposing party by email shall be made part of the Docket:

(1) Rule 53(b) Affidavit of Deming Sherman, Esq.;

(2) correspondence on behalf of Defendant from Assistant Attorney General Brenda Baum, dated October 27, 2017; and

(3) correspondence on behalf of Plaintiffs from Lynette Labinger, Esq., dated October 30, 2017.

The Court anticipates it will proceed with the appointment of a Special Master after hearing from the parties.

IT IS SO ORDERED.

/s/ WESmith
_____
William E. Smith
Chief Judge
Date: October 31, 2017